Closed

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

ROBERT DANIELS
    Plaintiff,  :

                             Civil 4cv6037 (DMC)

    v.  :

NEW JERSEY TRANSIT RAIL
OPERATIONS, INC.  :
    Defendant.

    It appearing that it has been reported to the Court that the above-captioned matter has been settled after a conference was held on November 30, 2007; and

    for good cause shown;

    It is on this 30th day of November 2007,

    ORDERED that this action be and is hereby dismissed as settled without costs and with prejudice.

                                      _____
                                      DENNIS M. CAVANAUGH
                                      United States District Judge